IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jim Novotney

Plaintiff(s),

v.

Walgreen Co.,

Defendant(s).

Case No. 22 C 3439
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes       pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) Walgreen Co.
and against plaintiff(s) Jim Novotney

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                                    presiding, and the jury has rendered a verdict.
☐ tried by Judge                              without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso            on a motion to dismiss.

Date: 7/20/2023                         Thomas G. Bruton, Clerk of Court

                                        Lesley Fairley            , Deputy Clerk